| | |
|---|---|
| 1 | **SEDGWICK LLP** |
| | RALPH A. CAMPILLO (State Bar No. 70376) |
| 2 | ralph.campillo@sedgwicklaw.com |
| | ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495) |
| 3 | arameh.oboyle@sedgwicklaw.com |
| | 801 South Figueroa Street, 19th Floor |
| 4 | Los Angeles, CA 90017-5556 |
| | Telephone: 213.426.6900 |
| 5 | Facsimile: 213.426.6921 |
| 6 | **SEDGWICK LLP** |
| | WAYNE A. WOLFF (State Bar No. 161351) |
| 7 | wayne.wolff@sedgwicklaw.com |
| | 333 Bush Street, 30th Floor |
| 8 | San Francisco, CA 94104-2806 |
| | Telephone: (415) 781-7900 |
| 9 | Facsimile: (415) 781-2635 |
| 10 | Attorneys for Defendant |
| | Howmedica Osteonics Corp |
| 11 | (sued as Howmedica Osteonics Corp. |
| | d/b/a Stryker Orthopaedics) |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELS PETERSEN and ELAINE PETERSEN, | Case No. 2:13-cv-00690-GEB-AC |
| Plaintiff(s), | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL** |
| v. | |
| HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS, | |
| Defendant(s). | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Plaintiffs Nels Petersen and Elaine Petersen and Defendant Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)'s Joint Stipulation to Stay Proceedings Pending Ruling by MDL Panel, and good cause appearing, it is hereby ordered that the Joint Stipulation is **GRANTED**. All proceedings in this action are hereby stayed and all current deadlines are vacated pending the Judicial Panel on Multidistrict Litigation's decision on the pending transfer request.

**1**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL**

LA/2211990v1

**IT IS SO ORDERED.**

Date: <u>4/25/2013</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge